

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00132-CV

IRA DAVIS                                                    APPELLANT

V.

U.S. BANK NATIONAL                                          APPELLEES
ASSOCIATION, AS TRUSTEE FOR
THE SPECIALTY UNDERWRITING
RESIDENTIAL FINANCE TRUST
MORTGAGE LOAN ASSET
BACKED CERTIFICATES SERIES
2006-BC4, AND WILSHIRE CREDIT
CORPORATION

----------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

---

[1]See Tex. R. App. P. 47.4.

Appellant Ira Davis perfected an appeal from a judgment entered on March 8, 2011. The clerk's record was filed on July 6, 2011. The reporter's record was filed on July 22, 2011. Davis's brief was due August 22, 2011.

Davis filed his first motion to extend time to file his brief on August 23, 2011, requesting an extension until November 22, 2011. Davis's motion was granted in part, extending the deadline for filing his brief until October 21, 2011.

On October 25, 2011, Davis filed his second motion to extend time to file his brief, requesting an extension until December 22, 2011. His motion was granted.

On December 27, 2011, Davis filed his third motion to extend time to file his brief, requesting an extension until March 22, 2012. Davis's motion was granted in part in an order extending the deadline for filing his brief until February 6, 2012, and stating that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." No brief was filed as of February 6, 2012.

On February 14, 2012, this court sent Davis a letter stating that his case could be dismissed for want of prosecution unless he or any party desiring to continue the appeal filed with the court on or before February 24, 2012, a response reasonably explaining the failure to timely file a brief. In response, Davis filed his fourth motion to extend time to file his brief, claiming that "[i]n recent weeks, [he] has been unable to devote an appropriate effort to preparation of the brief" and requesting an extension until March 23, 2012.

Because Davis has had six and a half months to prepare his brief and has failed to do so, we deny his fourth motion for extension and dismiss his appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), (c).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  March 22, 2012